# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDINSON ENRIQUE JIMENEZ DUARTE,

Petitioners,

v.

WARDEN OF THE CENTRAL VALLEY ANNEX DETENTION FACILITY, et al.,

Respondents.

Case No. 1:26-cv-05826-KES-EPG-HC

ORDER SETTING BRIEFING SCHEDULE

ORDER TO ELECTRONICALLY FILE TRANSCRIPT OF BOND HEARING AND OTHER NECESSARY DOCUMENTS

Petitioner is a federal immigration detainee who proceeded *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 3, 2026, the Court granted the petition and ordered Respondents to provide Petitioner with a bond hearing before a neutral arbiter where the government bears the burden to demonstrate Petitioner is a flight risk or danger to the community by clear and convincing evidence. (ECF No. 10.) On October 26, 2026, Petitioner filed a motion to enforce judgment. (ECF No. 12.) On November 2, 2026, the motion was referred to the undersigned. (ECF No. 13.)

Accordingly, the Court HEREBY ORDERS:

1. Within **TWENTY-ONE (21) days** of the date of service of this order, Respondent SHALL FILE a RESPONSE to the motion to enforce judgment.

2. Within **TWENTY-ONE (21) days** of the date of service of this order, Respondent SHALL FILE **a transcript of Petitioner's bond hearing** and any

and all other documents necessary for the resolution of the issues presented in the motion to enforce judgment.

3. Within **FOURTEEN (14) days** of the date of service of Respondent's response, Petitioner MAY FILE a REPLY.

IT IS SO ORDERED.

Dated: **November 3, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE